UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                               :

J.H., individually and on behalf of C.H.,       :
                               :

              Plaintiffs,        :
                               :             26-CV-00854 (JAV)

      -v-                          :
                               :                ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION,  :
                               :

             Defendant.       :
                               :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

In this case, Plaintiffs seek attorney's fees in connection with their claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*. By separate Order to be entered today, the Court is referring the matter to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.

In addition, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby **ORDERED** that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby **ORDERED** that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

If both parties consent to proceed before the Magistrate Judge, counsel for Defendant must, by no later than **April 28, 2026**, file on ECF a fully executed Notice, Consent, and

Reference of a Civil Action to a Magistrate Judge form, which is available at

https://www.nysd.uscourts.gov/node/754.  If the Court approves that form, all further

proceedings will then be conducted before the assigned Magistrate Judge rather than before the

undersigned.

      If either party does not consent to conducting all further proceedings before the assigned

Magistrate Judge, the parties must file a joint letter by no later than **April 28, 2026**, advising the

Court that the parties do not consent, **but without disclosing the identity of the party or

parties who do not consent**.  There will be no adverse consequences if the parties do not

consent to proceed before the Magistrate Judge.

      SO ORDERED.

Dated:  April 13, 2026
       New York, New York

                                   _____
                                      JEANNETTE A. VARGAS
                                      United States District Judge