UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.H., individually and on behalf of C.H., a child with a disability,<br><br>        Plaintiff,<br><br>    -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>        Defendant. | 26-CV-00854 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 22, 2026, I extended Defendant's time to respond to the complaint until May 31, 2026. Defendant has not complied.  Accordingly, I am nunc pro tunc extending Defendant's deadline to respond to the complaint until **June 10, 2026**.

DATED:  June 9, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**