UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.H., individually and on behalf of C.H., a child with a disability,<br><br>      Plaintiff,<br><br>  -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>      Defendant. | 26-CV-00854 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 17, 2026, Plaintiff filed updated materials in redacted form. (ECF 25.) The updated materials largely comply with my order to file an appropriately redacted version of the administrative record on the docket. (ECF 18.) However, their filing has not redacted all instances of the minor plaintiff's confidential personal information. The following pages require further redactions:

- ECF 25-1: pp. 11, 99, 125, 178-81, 183-84, and 200-01;
- ECF 25-2: pp. 25, 32, 54 and 65;
- ECF 25-3: pp. 77 and 108;
- ECF 25-10: p. 6

Accordingly, Plaintiff's counsel shall have until **July 3, 2026** to re-file an updated redacted version of the administrative record on the docket.

The Clerk of Court is respectfully requested to seal the attachments to ECF 25, with access to case participants and Court personnel.

DATED:   June 25, 2026        SO ORDERED.
      New York, NY

                 **ROBYN F. TARNOFSKY**
                 **United States Magistrate Judge**